**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Damian PALOMINO–FUNES, Defendant—Appellant.**

**No. 04–10047.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

* This panel unanimously finds this case suit-

Ronald C. Rachow, AUSA, Reno, NV, for Plaintiff–Appellee.

Michael K. Powell, Esq., Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before: O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

## MEMORANDUM **

Damian Palomino–Funes appeals the 41–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in viola-

tion of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we remand.

Palomino–Funes' sentence was imposed at a time when the Sentencing Guidelines were mandatory. Because the Guidelines are now purely advisory, *see United States v. Booker,* —— U.S. ——, —— – ——, 125 S.Ct. 738, 764–67, 160 L.Ed.2d 621 (2005), we remand so the district court can determine if Palomino–Funes should receive a different sentence under the advisory Guidelines system. *See United States v. Hermoso–Garcia,* 413 F.3d 1085, 1090 (9th Cir.2005).

REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

